IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 12-cv-01877-LTB

KIKI LOMBARDI,

     Applicant,

v.

ARAPAHOE COUNTY JAIL/COURT, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN SUTHERS,

     Respondents.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 18, 2012, it is hereby

     ORDERED that Judgment is entered in favor of Respondents and against

Applicant.

     DATED at Denver, Colorado, this 18 day of October, 2012.

          FOR THE COURT,

          JEFFREY P. COLWELL, Clerk


          By: s/L. Gianelli
            Deputy Clerk